121 A.3d 942

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Mark William MILLER, Petitioner.**

No. 83 MM 2015.

Supreme Court of Pennsylvania.

July 8, 2015.

## *ORDER*

PER CURIAM.

**AND NOW,** this 8th day of July, 2015, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Habeas Corpus is **DENIED.**